ACCEPTED
05-14-01251-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/22/2015 9:51:28 PM
LISA MATZ
CLERK

## NO. 05-14-01251-CR

| | |
|---|---|
| **LAVANDRA RUSHING** | § IN THE COURT OF APPEALS |
| **V.** | § FOR THE FIFTH DISTRICT |
| **STATE OF TEXAS** | § OF TEXAS AT DALLAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/22/2015 9:51:28 PM
LISA MATZ
Clerk

## MOTION FOR AN EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

**COMES NOW, Lavandra Rushing,** Appellant in the above named cause number, by and through his duly appointed attorney on appeal, and requests that this Court extend the time for filing Appellant's brief from Janurary 22, 2015 to February 21, 2015.

### I.

On September 25, 2014, Appellant was pled true to the State's Motion to Adjudicate and was convicted in the 363rd Judicial District Court in Dallas County, Texas of Abandoning a Child With Intent to Return. (CR: 65). The trial court assessed punishment at 18 months' imprisonment. (CR: 65).

### II.

The due date for Appellant's Brief is January 22, 2015.

**III.**

Appellant requests an extension of time of thirty (30) days in which to file his Brief. No previous extension of time has been requested by Appellant or granted to Appellant.

**IV.**

Appellant submits that a reasonable explanation exists for this requested extension. Appellant relies on the following facts to reasonably explain why the brief has not yet been prepared and the need for an extension of time in which to file Appellant's Brief:

(1) The undersigned attorney filed a brief in cause 08-14-00209-CR styled *Danielle Ann Lozano v. State of Texas,* pending in the 8th District Court of Appeals, El Paso, Texas on November 26, 2014.

(2) The undersigned attorney filed a brief in cause number 05-14-00554-CR & 05-14-00555-CR styled *Jarmal Deon Speed v. State of Texas,* pending in the 5th District Court of Appeals, Dallas, Texas on December 12, 2014.

(3) The undersigned attorney filed a brief in cause number 05-14-00486-CR styled *Jose Maya v. State of Texas,* pending in the 5th District Court of Appeals, Dallas, Texas on December 31, 2014.

(4) The undersigned attorney filed a petition for discretionary review in cause number PD-1541-14 styled *Leonardo Geronimo Renteria Sanchez v. State of Texas,* pending in the Texas Court of Criminal Appeals, Austin, Texas on December 18, 2014.

(5) The undersigned attorney is preparing a brief in cause number 05-13-01710-CR styled *Errington Charles Hatch, Jr. v. State of Texas*, pending in the 5th District Court of Appeals, Dallas, Texas.

## V.

This Motion is not brought for purposes of delay but so that the appellate record can be read and evaluated, and so that the legal and factual issues presented by the appellate record can be properly briefed and presented to this Court on Appellant's behalf.

WHEREFORE, Appellant requests this Court extend Appellant's deadline to file its brief to February 21, 2015.

Respectfully submitted,

/s/ Nanette Hendrickson

Lynn Pride Richardson
Chief Public Defender
Dallas County, TX

Nanette Hendrickson
Assistant Public Defender
Texas State Bar No. 24081423
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-2
Dallas, Texas 75207-4399
(214) 653-3582 *(phone)*
(214) 653-3539 *(fax)*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing brief was served on the Dallas County Criminal District Attorney's Office (Appellate Division), 133 N. Riverfront Blvd., B-19, 10th Floor, Dallas, Texas, 75207, by hand delivery and electronic delivery to Lisa Smith at DCDAAppeals@dallascounty.org on January 22, 2015.

/s/ *Nanette Hendrickson*
Nanette Hendrickson